**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

SHANITA LANAE GRISWOLD,     )
                                )
         Plaintiff,          )
                                )
        v.                    )       No. 20-01006-CV-W-DPR-SSA
                                )
KILOLO KIJAKAZI,          )
Acting Commissioner of Social Security,   )
                                )
        Defendant.     )

## ORDER

Before the Court is Plaintiff's Motion for Attorney Fees. (Doc. 18.) Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, the parties agree Plaintiff should be awarded attorney fees in the amount of $7,481.12. (Doc. 19.) Upon review, the Court finds that Plaintiff is entitled to an award of attorney fees under the EAJA, and the amount requested is reasonable. Also, per Plaintiff's Affidavit (doc. 18-1), the award may be made payable to Cathleen A. Shine. Accordingly, it is

**ORDERED**, Plaintiff's Motion for Attorney Fees (doc. 18) is **GRANTED** per the parties' agreement; and it is further

**ORDERED**, Plaintiff is awarded $7,481.12 in attorney fees to be paid by the Social Security Administration, subject to offset to satisfy any pre-existing debt Plaintiff may owe to the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010).

**IT IS SO ORDERED.**

                               /s/ *David P. Rush*
                               DAVID P. RUSH
                               UNITED STATES MAGISTRATE JUDGE

DATE: November 1, 2021